# Beggs & Son *v.* Wellman.

*Action on Promissory Note, by Payee against Makers.*

1. *Amendment of complaint, as to plaintiff's name.*—When the plaintiff sues by the initial letter only of his christian name, the complaint may be amended, by leave of the court, by setting out his full name.

APPEAL from the City Court of Birmingham.

Tried before the Hon. H. A. SHARPE.

This action was brought by "B. Wellman," as the plaintiff was decribed in the summons and complaint, against Beggs & Son as partners ; and was founded on the defendants' promissory note, payable to plaintiff. The defendants filed a plea in abatement, because the plaintiff's christian name was nowhere set out. The plaintiff confessed the plea, and asked leave to amend the complaint, by inserting *Bernhard* as his christian name ; and the court allowed the

[Cameron v. Cameron.]

amendment, against the objection and exception of the defendants. The allowance of this amendment is assigned as error.

R. H. PEARSON, for appellants.

JAS. E. WEBB, contra.

CLOPTON, J.—When a plaintiff sues by the wrong christian name, or by the initials, the complaint may be amended by introducing the true or full name. In such case, there is not an entire change of parties, nor is the name of a sole plaintiff stricken out, so that no actor is left. The same plaintiff remains, and the insertion of the full christian name is a mere correction of its description, which is allowable under our liberal statute of amendments. *S. & N. Ala. R. R. Co. v. Small*, 70 Ala. 499 ; *Smith v. Plank Road Co.*, 30 Ala. 650.

Affirmed.